# IN THE UNTIED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALEKSANDER ZAREBICKI | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DEVEREUX FOUNDATION, et al | : | NO. 09-6205 |

## ORDER

**AND NOW**, this 30th day of June, 2011, upon consideration of the "Motion of Defendant, Devereux Foundation, to Dismiss Plaintiffs' Amended Complaint" (Doc. No. 10), the "Motion of Defendant, Justin Genuardis, to Dismiss Plaintiffs' Amended Complaint" (Doc. No. 14), and the responses thereto, it is hereby **ORDERED** that:

1. The "Motion of Defendant, Devereux Foundation, to Dismiss Plaintiffs' Amended Complaint" (Doc. No. 10) is **GRANTED**, such that Plaintiffs' 42 U.S.C. § 1983 claim against Devereux Foundation is **DISMISSED**;

2. The "Motion of Defendant, Justin Genuardis, to Dismiss Plaintiffs' Amended Complaint" (Doc. No. 14) is **GRANTED**, such that Plaintiffs' 42 U.S.C. § 1983 claim against Justin Genuardis is **DISMISSED**;

3. Plaintiff's remaining claims against both Defendants are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3);

4. The Clerk of Court is directed to **CLOSE** this case for statistical purposes.

        **BY THE COURT:**

        **/s/ Mitchell S. Goldberg**
        _____
        **Mitchell S. Goldberg, J.**